UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PATRICIA ANN HARTFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>REGIONAL TRUSTEE SERVICE CORPORATION; WORLD SAVINGS BANK, FSB/ WELLS FARGO BANK, NA/ WACHOVIA MORTGAGE, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY; FIDELITY NATIONAL AGENCY SALES AND POSTING; LSI TITLE COMPANY; CHICAGO TITLE COMPANY; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; AND DOES 1-20 INCLUSIVE.<br><br>    Defendants. | CASE NO.: 2:14-cv-00170-ABC (AGRx)<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[*Assigned to the Hon. Audrey B. Collins*] |

On February 6, 2014, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendants WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB,

f/k/a World Savings Bank, FSB, erroneously sued separately as "World Savings Bank, FSB, Wachovia Mortgage, FSB, Wells Fargo Bank, N.A." (collectively "Wells Fargo") and Golden West Savings Association Service Co., dismissing the Complaint with prejudice.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed with prejudice;

2. Judgment is entered in favor of defendants WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued separately as "World Savings Bank, FSB, Wachovia Mortgage, FSB, Wells Fargo Bank, N.A." and Golden West Savings Association Service Co.; and

3. Plaintiff Patricia Ann Hartfield shall take and recover nothing in this action from defendant Wells Fargo.

Dated:  February 25   , 2014

_____
THE HON. AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE